1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIGID S. MARTIN  (CABN 231705)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7021
7      Fax: (415) 436-7234
       E-Mail: brigid.martin@usdoj.gov
8
9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   No. CR 11-0838 JSW
                                      )
14        Plaintiff,                  )   [PROPOSED] ORDER DETAINING
                                      )   DEFENDANT PENDING TRIAL
15             v.                     )
                                      )
16 JIMMY ARREGUIN,                    )
                                      )
17        Defendant.                  )
                                      )
18                                    )
                                      )
19 _____)

20        Defendant Jimmy Arreguin was charged in a single-count Indictment with being a felon

21 in possession of ammunition in violation of 18 U.S.C. § 922(g)(1).  The United States moved for

22 defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as

23 permitted by 18 U.S.C. § 3142(f).

24        On December 9, 2011, following a hearing pursuant to 18 U.S.C. § 3142(f), and

25 considering the Pretrial Services criminal history report, the Indictment filed in this case, and the

26 factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, finding by clear

27 and convincing evidence that no condition or combination of conditions in 18 U.S.C. § 3142(c)

28 will reasonably assure the safety of any other person and the community.  Specifically, the Court

[PROPOSED] ORDER
CR 11-0838 JSW

1   noted defendant's three prior felony convictions, including one conviction for a violent felony,

2   robbery.  More importantly, the defendant committed two of the crimes resulting in felony

3   convictions while he was already on supervision, the defendant has a total of seven parole

4   violations, and the instant charged conduct occurred while the defendant was on probation.

5   While being a felon in possession of ammunition is not in itself a violent crime, and regardless of

6   whether the defendant planned to sell the ammunition as proffered by the defense, the Court

7   found that such conduct poses a safety risk, especially when the defendant is alleged to have

8   committed this crime while on supervision.

9       The Court found that in light of these circumstances, no condition or combination of

10   conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the

11   community.  Because the Court determined that the defendant should be detained on this basis,

12   the Court did not decide whether the defendant is a flight risk.

13       Accordingly, for the foregoing reasons, IT IS ORDERED THAT, pursuant to

14   18 U.S.C. § 3142(i):

15       (1) the defendant be, and hereby is, committed to the custody of the Attorney

16       General for confinement in a corrections facility separate, to the extent practicable, from

17       persons awaiting or serving sentences or being held in custody pending appeal;

18       (2) the defendant be afforded reasonable opportunity for private consultation with his

19       counsel; and (3) on order of a court of the United States or on request of an attorney for

20       the government, the person in charge of the corrections facility in which the defendant

21       is confined shall deliver the defendant to an authorized Deputy United States Marshal for

22       the purpose of any appearance in connection with a court proceeding.

23

24

25

26   DATED: ___12/13/11_____

27                 HON. _____

28                 United States Magistrate Judge



Judge Joseph C. Spero

[PROPOSED] ORDER
CR 11-0838 JSW                -2-